U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

2021 DEC 16 PM 1:27

CLERK

BY _____law_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 2:21-cr-110-1 |
| | : | |
| WAYNE MILLER, | : | |
| Defendant | : | |

## INDICTMENT

The Grand Jury charges:

On or about June 25, 2020, in the District of Vermont, the defendant, WAYNE MILLER, did employ, use, persuade, induce, entice, and coerce any minor (John Doe #1) to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely, image file 20200625_172352.jpg, and which visual depiction was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

(18 U.S.C. §§ 2251(a), 2251(e))

A TRUE BILL

███████████
FOR█████████

_Nikolas P. Kerest_ (BAM)
NIKOLAS P. KEREST
United States Attorney

Burlington, Vermont
December 16, 2021