UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>WAYNE MILLER,    )<br>   Defendant   ) | Docket No. 2:21-CR-110-1 |

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Indictment against Wayne Miller, the defendant, without prejudice, in the above-captioned case.

Dated at Burlington, in the District of Vermont, this 31st day of May, 2022.

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

*/s/ Barbara A. Masterson*
BARBARA A. MASTERSON
Counselor to the U.S. Attorney
P.O. Box 570
Burlington, VT 05402
(802) 951-6725

Leave of Court is granted for the filing of the foregoing dismissal and the Indictment is hereby dismissed without prejudice.

_____
CHRISTINA REISS
United States District Judge